**Dismissed and Memorandum Opinion filed October 17, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00458-CV

---

## DOUG SHAW, Appellant

### V.

## KHALED ALATTAR, Appellee

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-54501**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 15, 2017. The notice of appeal was filed June 9, 2017. To date, our records show appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207 (West 2013). On August 17, 2017, this court ordered appellant to pay the appellate filing fee by August 28, 2017, or the appeal would be dismissed. The filing fee has not been paid.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On August 17, 2017, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists Justices Christopher, Brown, and Wise.